IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR T. BUSSIERE, | No. C 14-03448 DMR (PR) |
| Plaintiff, | **ORDER OF TRANSFER** |
| vs. | |
| LT. F.A. RODRIGUEZ, | |
| Defendant. | |

Plaintiff, a state prisoner currently incarcerated at the California Substance Abuse Treatment Facility ("CSATF"), has filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has consented to magistrate judge jurisdiction, and this matter has been assigned to the undersigned Magistrate Judge.

The acts complained of occurred at CSATF, which is located in the Eastern District of California, and it appears that Defendant resides in that district. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk of the Court shall transfer the case forthwith.

All remaining motions are TERMINATED on this Court's docket as no longer pending in this district.

IT IS SO ORDERED.

Dated:   August 29, 2014

DONNA M. RYU
United States Magistrate Judge

P:\PRO-SE\DMR\CR.14\Bussiere3448.transfer.wpd